# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jose Ignacio Antunez-Pichardo,

     Petitioner,

v.

John Mattos, et al.,

     Respondents.

Case No. 2:26-cv-00275-APG-BNW

**Order Granting Petitioner's IFP Application, Motion for Appointment of Counsel and Directing Service of Petition**

[ECF Nos. 1, 1-1, 2]

Petitioner Jose Ignacio Antunez-Pichardo, immigration detainee, has filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241, an application to proceed *in forma pauperis* (IFP), and motion for appointment of counsel. ECF Nos. 1, 1-1, 2. First, I find good cause to grant Petitioner's IFP application. Second, I find that the appointment of counsel is in the interests of justice, given, among other things, the complexities of this case.[1] Here, Petitioner is unrepresented and stands to lose his right to an adjudication of his petition on the merits due to ignorance of technical procedural requirements. Having conducted a preliminary review of the petition, I now direct that it be served on the respondents and set a schedule for the respondents' appearance and response.

**IT IS HEREBY ORDERED** that Petitioner Jose Ignacio Antunez-Pichardo's application to proceed *in forma pauperis* (ECF No. 1) is granted.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada is appointed to represent Petitioner and is directed to file a notice of appearance (or indicate its inability to represent Petitioner) within 7 days of the date of this Order. If the Federal Public Defender is unable to represent Petitioner, because of a conflict of interest or for any other reason, alternate counsel will be appointed. Appointed counsel will represent Petitioner in all federal

---

[1] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). Indeed, the court may appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

1

proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk of the Court will send a copy of this order to the Federal Public Defender and the CJA coordinator for this division.

**IT IS FURTHER ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1-1) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, Summer.johnson@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **SEND**, through CM/ECF, a copy of the Petition and this order to counsel for proper respondent John Mattos: Ashlee Hesman at ahesman@strucklove.com and Jacob Brady Lee at JLee@strucklove.com.

5. **MAIL** a copy of the Petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

    2) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

    3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

    4) Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

    5) Todd Lyons, Acting Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to

2

Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").  Given the exigent circumstances, I find that this order is warranted to maintain the *status quo* pending resolution on the merits and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

**IT IS FURTHER ORDERED** that the FPD will have 14 days from the date of entry of this order to file an amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that counsel for the respondents file a notice of appearance within 7 days of the date of this Order and file and serve their response to the amended petition within 14 days of service, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioner will have 7 days following the filing of the response to file a reply.

DATED this 10th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE