Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Jose Ignacio Antunez-Pichardo

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Jose Ignacio Antunez-Pichardo,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>John Mattos, *et al.*,<br><br>　　　　Respondents. | Case No. 2:26-cv-00275-APG-BNW<br><br>**ORDER GRANTING**<br><br>**Petitioner's Motion for Extension of Time to File First Amended Petition**<br><br>**(First Request)** |

Petitioner, through this undersigned counsel, hereby requests that the court extend the due date for Petitioner's first amended petition by one week, up to and including March 3, 2026. This is the first request for an extension of time.

**POINTS AND AUTHORITIES**

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 5, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Petitioner on February 10, 2026.[2] Undersigned counsel appeared on February 17, 2026.[3] This Court directed the FPD to file an amended petition within 14 days from the date of entry of the order.[4] Therefore, Petitioner's amended petition is due on February 24, 2026. For the reasons explained below, Petitioner requests a modest one-week extension of time for Petitioner to file his amended petition.

Here, good cause exists for an extension of time. Counsel was not able to meet with the Petitioner until February 23 due to work-related travel on February 17-18, and February 23-24, as well as additional case-related obligations including hearings on other §2241 habeas petitions on February 17 and February 24. Having met with Petitioner yesterday, counsel requites a short extension of one-week to research the legal issues and draft the petition. This one-week extension will allow counsel to thoroughly complete the amended petition while also taking into consideration her other case obligations.

Pursuant to this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, Virginia Tomova, on February 24, 2026, to confer about the request for an extension. Counsel for the Respondents has not responded at the time of this filing.

---

[1] ECF No. 1.

[2] ECF No. 4.

[3] ECF No. 7.

[4] ECF No. 4 at 3.

2

This motion is filed in good faith and for good cause. It is not filed for the purpose of delay, but in the interests of justice and the interests of Petition.

Dated February 24, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:___February 26, 2026____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3