# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE IGNACIO ANTUNEZ-PICHARDO, | Case No.: 2:26-cv-00275-APG-BNW |
| Petitioner | **Order** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents | |

The petitioner has moved for limited discovery on an expedited basis. ECF No. 11.

I ORDER counsel for the respondents to confer with the petitioner's counsel about informally complying with the requested discovery without an order. If the parties cannot reach an agreement by March 5, 2026, then by March 9, 2026 the respondents must file a response to the motion for limited discovery.

I FURTHER ORDER that the deadline for the petitioner to file an amended petition is hereby vacated. The petitioner's amended petition is due within seven days of either (1) the respondents producing the requested material or (2) my order if I deny the motion for limited discovery.

DATED this 2nd day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE