Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org


*Attorney for Petitioner Jose Ignacio Antunez-Pichardo


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jose Ignacio Antunez-Pichardo, <br><br> Petitioner, <br><br> v. <br><br> John Mattos, *et al.*, <br><br> Respondents. | Case No. 2:26-cv-00275-APG-BNW <br><br> **Stipulation to Extend Time to File Amended Petition (Second Request) and Response to Amended Petition (First Request)** |

Petitioner Jose Ignacio Antunez-Pichardo and Respondents John Mattos, et al., through undersigned counsel, hereby submit this Stipulation for an extension of time of five days for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to March 17, 2026. Currently, the amended petition is due on March 12, 2026. This is the second request for an extension of time for the amended petition.

This extension is warranted because after Respondents produced the case documents requested by Petitioner in his discovery motion, counsel for Petitioner identified additional documents in Respondents' possession that are necessary to

understand the procedural history and issues presented in Petitioner's case. Counsel for Respondents has agreed to assist counsel for Petitioner in obtaining these additional documents. This extension will allow the parties time to obtain them, and for counsel for Petitioner to draft the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Antunez-Pichardo to file an amended petition to March 17, 2026. The parties further stipulate that after the amended petition is filed on March 17, 2026, Respondents will then have until April 1, 2026, to file their response. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 12th day of March 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Christian R. Ruiz*
Christian R. Ruiz
Assistant United States Attorney

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public
Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: March 13, 2026 _____