Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Jose Ignacio Antunez-Pichardo

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose Ignacio Antunez-Pichardo,

     Petitioner,

    v.

John Mattos, *et al.*,

     Respondents.

Case No. 2:26-cv-00275-APG-BNW

**Stipulation to Extend Time to File Reply in Support of Amended Petition (First Request)**

Petitioner Jose Ignacio Antunez-Pichardo and Respondents John Mattos, et al., through undersigned counsel, hereby submit this stipulation for an extension of time of four days for Petitioner to file a reply in support of amended petition for writ of habeas corpus, moving the deadline to April 13, 2026. Currently, the reply in support of amended petition is due on April 9, 2026. This is the first request for an extension of time for the reply in support of amended petition.

This extension is warranted because after Respondents filed their response to the petition last Thursday, counsel for Petitioner determined access to the audio recording of the bond hearing that occurred in immigration court was necessary to

substantively reply. Undersigned counsel for Petitioner requested that recording last Friday from the Department of Justice Litigation Email but has not yet received it. Counsel for Petitioner sent a follow-up email this morning to the Department of Justice Litigation Email inquiring as to when the audio recording would be provided but has not yet received a response. Assuming the recording is provided today or tomorrow, this extension will allow counsel for the Petitioner time to listen to the audio recording and draft the reply.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Antunez-Pichardo to file a reply in support of amended petition to April 13, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 9th day of April 2026.

TODD BLANCHE
Acting Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

/s/ *Laura Barrera*
Laura Barrera
Assistant Federal Public
Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: April 10, 2026

2