Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org


*Attorney for Petitioner Jose Ignacio Antunez-Pichardo


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jose Ignacio Antunez-Pichardo, | |
| Petitioner, | Case No. 2:26-cv-00275-APG-BNW |
| v. | **Stipulation to Extend Time to File Reply in Support of Amended Petition (Second Request)** |
| John Mattos, *et al.*, | |
| Respondents. | |

Petitioner Jose Ignacio Antunez-Pichardo and Respondents John Mattos, et al., through undersigned counsel, hereby submit this stipulation for an extension of time of four days for Petitioner to file a reply in support of amended petition for writ of habeas corpus, moving the deadline to April 15, 2026. Currently, the reply in support of amended petition is due on April 13, 2026. This is the second request for an extension of time for the reply in support of amended petition.

This extension is warranted because after Respondents filed their response to the petition on Thursday, April 2, counsel for Petitioner determined access to the audio recording of the bond hearing that occurred in immigration court was necessary

to substantively reply. Undersigned counsel for Petitioner requested that recording on April 3 from the Department of Justice Litigation Email but has not yet received it. Counsel for Petitioner sent a follow-up email ton April 9 to the Department of Justice Litigation Email inquiring as to when the audio recording would be provided, and on April 13 undersigned counsel provided more information through the same process, but has not yet received the audio. This is the second request for extension of time because undersigned counsel anticipated receiving the audio recording by now but has not.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Antunez-Pichardo to file a reply in support of amended petition to April 15, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 13th day of April 2026.

| | |
|---|---|
| TODD BLANCHE<br>Acting Attorney General of the<br>United States<br>SIGAL CHATTAH, First Assistant<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Tamer B. Botros*<br>Tamer B. Botros<br>Assistant United States Attorney | /s/ *Laura Barrera*<br>Laura Barrera<br>Assistant Federal Public<br>Defender |

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: April 14, 2026

2