# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSE IGNACIO ANTUNEZ-PICHARDO,

Petitioner

v.

TODD BLANCHE,[1] et al.,

Respondents

Case No.: 2:26-cv-00275-APG-BNW

**Order Granting Motion to Withdraw**

[ECF Nos. 26, 28]

I ORDER that the petitioner's motion to withdraw his motion for limited discovery (ECF No. 28) is GRANTED and the motion for limited discovery (ECF No. 26) is withdrawn.

DATED this 23rd day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Attorney General Todd Blanche is substituted for Pamela Bondi, and Secretary of Homeland Security Markwayne Mullin is substituted for Kristi Noem.