**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JOSE IGNACIO ANTUNEZ-PICHARDO, | **ORDER CONSOLIDATING CASES** |
| Petitioner, | |
| v. | Case No. 2:26-cv-00275-APG-BNW |
| PAMELA BONDI, et al., | |
| Respondents | |
| | |
| JOSE IGNACIO ANTUNEZ-PICHARDO, | |
| Petitioner, | Case No. 2:26-cv-01525-RFB-EJY |
| v. | |
| FIELD DIRECTOR MICHAEL BERNACKE, et al., | |
| Respondents | |

Courts may consolidate actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a).  The court has broad discretion over whether to order consolidation, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).  The judges to whom these actions are assigned have reviewed the motions and, exercising their discretion, find that consolidation of these actions would aid in the efficient disposition of these cases.

IT IS THEREFORE ORDERED that Case No. 2:26-cv-00275-APG-BNW is reopened and transferred to Judge Boulware for all further proceedings.  Upon transfer, the new case number is 2:26-cv-00275-RFB-BNW.

IT IS FURTHER ORDERED that after transfer to Judge Boulware, Case No. 2:26-cv-00275-RFB-BNW is consolidated with Case No. 2:26-cv-01525-RFB-EJY, with Case No. 2:26-cv-00275-RFB-BNW serving as the lead case after transfer.  All further filings in these cases shall be filed in the lead case.

DATED this 1st day of June, 2026.

_____
ANDREW P. GORDON
Chief United States District Judge

_____
RICHARD F. BOULWARE, II
United States District Judge